Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−15359−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yvette M Mooney
   137 Liberty Street
   Long Branch, NJ 07740

Social Security No.:
   xxx−xx−2054

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            11/12/25
Time:            10:00 AM
Location:         Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 25, 2025
JAN: llb

          Jeanne Naughton
          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 25-15359-MEH |
|---|---|
| Yvette M Mooney | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: 132 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvette M Mooney, 137 Liberty Street, Long Branch, NJ 07740-7308 |
| cr | + | U.S. Bank National Association, as Indenture Trust, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520676188 | + | Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego CA 92108-3808 |
| 520659263 | + | Bremman Construction Co. Inc., 919 Route 33, Unit #23, Freehold, NJ 07728-8468 |
| 520659264 | + | Charles L Spellman, DO, PO Box 150, Long Branch, NJ 07740-0150 |
| 520659265 | + | Charles L Spellman, DO c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520659279 | + | Pride Financial, PO Box 182, Livingston, NJ 07039-0182 |
| 520659280 | + | Pride Financial c/o, Fein, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 520760159 | + | Pride Financial, LLC, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520659281 | + | Senior Care Centers, 7 Neshaminy Interplex, Suite 403, Feasterville Trevose, PA 19053-6976 |
| 520659283 | | Specialized Loan Servicing c/o, McCalla Raymer Leibert Pierce LLC, 485 Route 1 S. , Bld. F, Suite 300, Iselin, NJ 08830 |
| 520659285 | + | Surgicare of Freehold, 901 West Main St Ste 302 Cn500, Freehold, NJ 07728-2537 |
| 520659286 | + | Surgicare of Freehold c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520659290 | | US Bank National Association c/o, McCalla Raymer Leibert Pierce LLC, 485 Route 1 S. , Bld. F, Suite 300, Iselin, NJ 08830 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 25 2025 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 25 2025 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 25 2025 20:53:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Sep 25 2025 21:10:51 | Upstart Network Inc, c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 520725228 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 21:10:03 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520659266 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 25 2025 20:54:00 | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265 |
| 520659267 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 25 2025 20:54:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520659268 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 25 2025 20:54:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 520659270 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 25 2025 20:54:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Rd, Irvine, CA 92612-2437 |

| Recipient ID | Code | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 520659269 | + | Email/Text: bankruptcy@consumerportfolio.com | Sep 25 2025 20:54:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 520695697 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 25 2025 21:21:38 | Directv, LLC, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520659271 | | Email/Text: bankruptcycourts@equifax.com | Sep 25 2025 20:54:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520659272 | | Email/Text: bankruptcycourts@equifax.com | Sep 25 2025 20:54:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520659273 | ^ | MEBN | Sep 25 2025 20:50:12 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520659274 | ^ | MEBN | Sep 25 2025 20:49:48 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520659275 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 25 2025 20:54:00 | Internal Revene Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520662343 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 25 2025 21:10:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520659276 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 25 2025 20:54:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520751942 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 25 2025 20:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520659277 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 25 2025 20:54:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520659278 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 25 2025 20:54:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520659282 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 25 2025 20:54:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129 |
| 520659284 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 25 2025 20:53:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520659287 | ^ | MEBN | Sep 25 2025 20:49:55 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520659288 | ^ | MEBN | Sep 25 2025 20:49:24 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520751452 | | Email/Text: mtgbk@shellpointmtg.com | Sep 25 2025 20:53:00 | U.S. Bank National Association, c/o NewRez LLC d/b/a, P.O. Box 10826, Greenville SC 29603-0826 |
| 520667974 | + | Email/Text: RASEBN@raslg.com | Sep 25 2025 20:53:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520659289 | ^ | MEBN | Sep 25 2025 20:52:22 | Upstart A/crb, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 520723756 | | Email/PDF: bncnotices@becket-lee.com | Sep 25 2025 21:11:08 | Upstart Network, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520748895 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 25 2025 21:11:14 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520659292 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 25 2025 21:11:15 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 520659291 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 25 2025 21:11:13 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 520659294 | ^ | MEBN | Sep 25 2025 20:51:50 | Westlake Portfolio Management, LLC, 4751 |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: 132 | Total Noticed: 48 |

| | | | |
|---|---|---|---|
| 520659293 | ^ MEBN | Sep 25 2025 20:49:35 | Wilshire Bvld, Los Angeles, CA 90010-3827<br>Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520783185 | * | Upstart Network, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank National Association. cwoerner@raslg.com |
| David G. Beslow | on behalf of Debtor Yvette M Mooney yrodriguez@goldmanlaw.org<br>yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Backed Securities, TMTS Series 2006-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Rebecca Jacoby | on behalf of Creditor Upstart Network Inc lrjacoby@hootenandjacobylaw.com |
| Steven Eisenberg | on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Backed Securities, TMTS Series 2006-1 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Backed Securities, TMTS Series 2006-1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8