| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey  07017<br>Tel. 973-677-9000<br>David G. Beslow, Esq. #DGB-5300<br>Attorneys for Debtor, Yvette Mooney | |
| In Re:<br><br>YVETTE MOONEY,<br><br>　　　　Debtor | Case No.:　　25-15359<br><br>Judge:　　MEH<br><br>Chapter:　　13 |

## CHAPTER 13 DEBTORS ATTORNEY'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.　☒ Motion for Relief from the Automatic Stay filed by <u>U.S. Bank National Association</u>, creditor,

A hearing has been scheduled for <u>　　October 22, 2025　　</u>, at <u>9:00 a.m.</u>.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.　I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
The debtor was unable to come into our office prior to the deadline for filing an opposition. However, the debtor represented to our office that she made a mortgage payment on 9/17/2025 that is not reflected on the certification. We respectfully request that this matter be adjourned while we work with the debtor to provide a formal proposal to resolve.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: October 20, 2025

Date: 10/20/02

/s/ David G. Beslow, Esq.
Debtor's Attorney

_____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15