Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−15359−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Yvette M Mooney
  137 Liberty Street
  Long Branch, NJ 07740

Social Security No.:
  xxx−xx−2054

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 18, 2025.

Dated: November 18, 2025
JAN: dmi

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15359-MEH |
| Yvette M Mooney | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 18, 2025 | Form ID: plncf13 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvette M Mooney, 137 Liberty Street, Long Branch, NJ 07740-7308 |
| cr | + | U.S. Bank National Association, as Indenture Trust, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520676188 | + | Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego CA 92108-3808 |
| 520659263 | + | Bremman Construction Co. Inc., 919 Route 33, Unit #23, Freehold, NJ 07728-8468 |
| 520659264 | + | Charles L Spellman, DO, PO Box 150, Long Branch, NJ 07740-0150 |
| 520659265 | + | Charles L Spellman, DO c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520659279 | + | Pride Financial, PO Box 182, Livingston, NJ 07039-0182 |
| 520659280 | + | Pride Financial c/o, Fein, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 520760159 | + | Pride Financial, LLC, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520659281 | + | Senior Care Centers, 7 Neshaminy Interplex, Suite 403, Feasterville Trevose, PA 19053-6976 |
| 520659283 | | Specialized Loan Servicing c/o, McCalla Raymer Leibert Pierce LLC, 485 Route 1 S. , Bld. F, Suite 300, Iselin, NJ 08830 |
| 520659285 | + | Surgicare of Freehold, 901 West Main St Ste 302 Cn500, Freehold, NJ 07728-2537 |
| 520659286 | + | Surgicare of Freehold c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520659290 | | US Bank National Association c/o, McCalla Raymer Leibert Pierce LLC, 485 Route 1 S. , Bld. F, Suite 300, Iselin, NJ 08830 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2025 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2025 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 18 2025 21:01:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Nov 18 2025 21:19:37 | Upstart Network Inc, c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 520725228 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2025 21:06:01 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520659266 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2025 21:02:00 | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265 |
| 520659267 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2025 21:02:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520659268 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 18 2025 21:02:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 520659270 | + | Email/Text: bankruptcy@consumerportfolio.com | Nov 18 2025 21:02:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Rd, Irvine, CA 92612-2437 |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: plncf13 | Total Noticed: 49 |

| Recip ID | Code | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520659269 | + | Email/Text: bankruptcy@consumerportfolio.com | Nov 18 2025 21:02:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 520695697 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2025 21:06:01 | Directv, LLC, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520659271 | | Email/Text: bankruptcycourts@equifax.com | Nov 18 2025 21:02:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520659272 | | Email/Text: bankruptcycourts@equifax.com | Nov 18 2025 21:02:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520659273 | ^ | MEBN | Nov 18 2025 20:55:15 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520659274 | ^ | MEBN | Nov 18 2025 20:54:46 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520659275 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2025 21:02:00 | Internal Revene Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520662343 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2025 21:19:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520659276 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2025 21:02:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520751942 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2025 21:02:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520659277 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2025 21:02:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520659278 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 18 2025 21:02:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 520659282 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Nov 18 2025 21:02:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129 |
| 520659284 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 18 2025 21:01:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520659287 | ^ | MEBN | Nov 18 2025 20:54:59 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520659288 | ^ | MEBN | Nov 18 2025 20:55:07 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520751452 | | Email/Text: mtgbk@shellpointmtg.com | Nov 18 2025 21:01:00 | U.S. Bank National Association, c/o NewRez LLC d/b/a, P.O. Box 10826, Greenville SC 29603-0826 |
| 520667974 | + | Email/Text: RASEBN@raslg.com | Nov 18 2025 21:01:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520847112 | | Email/Text: EDBKNotices@ecmc.org | Nov 18 2025 21:00:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 520659289 | + | Email/Text: UpStart@ebn.phinsolutions.com | Nov 18 2025 21:02:00 | Upstart A/crb, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 520723756 | | Email/PDF: bncnotices@becket-lee.com | Nov 18 2025 21:19:42 | Upstart Network, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520748895 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2025 21:06:01 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520659292 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 18 2025 21:06:40 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 520659291 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Nov 18 2025 21:19:40 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA |

Case 25-15359-MEH    Doc 45    Filed 11/20/25    Entered 11/21/25 00:13:23    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: plncf13 | Total Noticed: 49 |

| 520659294 | ^ MEBN | Nov 18 2025 20:54:31 | 50328-0001<br>Westlake Portfolio Management, LLC, 4751 Wilshire Blvd, Los Angeles, CA 90010-3827 |
| 520659293 | ^ MEBN | Nov 18 2025 20:54:38 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520783185 | * | Upstart Network, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2025              Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:

**Name**   **Email Address**

Albert Russo
docs@russotrustee.com

Cory Francis Woerner
on behalf of Creditor U.S. Bank National Association. cwoerner@raslg.com

David G. Beslow
on behalf of Debtor Yvette M Mooney ecf@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Backed Securities, TMTS Series 2006-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Lauren Rebecca Jacoby
on behalf of Creditor Upstart Network Inc lrjacoby@hootenandjacobylaw.com

Steven Eisenberg
on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Backed Securities, TMTS Series 2006-1 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly
on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Backed Securities, TMTS Series 2006-1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3     User: admin     Page 4 of 4
Date Rcvd: Nov 18, 2025     Form ID: plncf13     Total Noticed: 49
TOTAL: 8