Order Filed on December 5, 2025
by Clerk
U.S. Bankuptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
7 Glenwood Avenue, Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor, Yvette Mooney

In re:

   **YVETTE MOONEY,**

          Debtor

Case No. 25-15359-MEH

Chapter 13

Hearing Date: November 12, 2025
               at 9:00 a.m.

Judge Mark E. Hall

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 5, 2025**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Page:     2
Debtor:   Yvette Mooney
Case No.: 25-15359-MEH- Chapter 13
Caption:  Order Resolving Secured Creditor's Motion for Relief from the Automatic Stay

---

This matter having been brought before the Court by creditor, Upstart Network Inc. ("Secured Creditor"), Lauren R. Jacoby, Esq., appearing, by way of a Motion for Relief from the Automatic Stay (Doc 25) ("Motion for Relief") with respect to a 2017 Honda Civic, Vehicle Identification No. 19XFC2F79HE214280 (the "Vehicle'); and the above-referenced debtor, Yvette Mooney ("Debtor") having addressed and resolved Secured Creditor's Motion for Relief by the filing of a Modified Chapter 13 Plan (Doc 36) which was confirmed by Order (Doc 43) entered on November 18, 2025; and for good cause having been shown;

**IT IS ORDERED** that debtor shall pay Secured Creditor, through the Chapter 13 plan, $300.00 on account of legal fees and $199.00 on account of legal expenses; and it is further

**ORDERED** that the Chapter 13 Trustee shall make such adjustments and changes of record for the payment of said amount(s).