| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>7 Glenwood Avenue, Suite 311B<br>East Orange, New Jersey  07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br>Attorneys for Debtor, Yvette Mooney | **Order Filed on December 5, 2025**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>**YVETTE MOONEY,**<br><br>       Debtor | Case No. 25-15359-MEH<br><br>Chapter 13<br><br>Hearing Date: November 12, 2025<br>              at 9:00 a.m.<br><br>Judge Mark E. Hall |

### ORDER RESOLVING SECURED CREDITOR'S
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 5, 2025**

_____
Honorable Mark E. Hall
United States Bankruptcy Judge

Page: 2
Debtor: **Yvette Mooney**
Case No.: **25-15359-MEH- Chapter 13**
Caption: **Order Resolving Secured Creditor's Motion for Relief from the Automatic Stay**

___

This matter having been brought before the Court by creditor, Upstart Network Inc. ("Secured Creditor"), Lauren R. Jacoby, Esq., appearing, by way of a Motion for Relief from the Automatic Stay (Doc 25) ("Motion for Relief") with respect to a 2017 Honda Civic, Vehicle Identification No. 19XFC2F79HE214280 (the "Vehicle'); and the above-referenced debtor, Yvette Mooney ("Debtor") having addressed and resolved Secured Creditor's Motion for Relief by the filing of a Modified Chapter 13 Plan (Doc 36) which was confirmed by Order (Doc 43) entered on November 18, 2025; and for good cause having been shown;

**IT IS ORDERED** that debtor shall pay Secured Creditor, through the Chapter 13 plan, $300.00 on account of legal fees and $199.00 on account of legal expenses; and it is further

**ORDERED** that the Chapter 13 Trustee shall make such adjustments and changes of record for the payment of said amount(s).

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15359-MEH |
| Yvette M Mooney | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 05, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Yvette M Mooney, 137 Liberty Street, Long Branch, NJ 07740-7308 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank National Association.  cwoerner@raslg.com |
| David G. Beslow | on behalf of Debtor Yvette M Mooney ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Backed Securities, TMTS Series 2006-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lauren Rebecca Jacoby | on behalf of Creditor Upstart Network Inc lrjacoby@hootenandjacobylaw.com |

| | |
|---|---|
| Steven Eisenberg | on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Backed Securities, TMTS Series 2006-1 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor U.S. Bank National Association as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Backed Securities, TMTS Series 2006-1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8