UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: U.S. Bank National Association, as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Backed Securities, TMTS Series 2006-1

Order Filed on January 5, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Yvette M. Mooney

Debtor

Case Number: 25-15359-MEH

Judge: Mark E. Hall

Hearing Date(s): November 12, 2025 at 09:00 a.m.

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |

# ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

DATED: January 5, 2026

Honorable Mark E. Hall
United States Bankruptcy Judge

1

| | |
|---|---|
| Applicant: | U.S. Bank National Association, as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Backed Securities, TMTS Series 2006-1 |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | David G Beslow |
| Property Involved ("Collateral"): | 137 Liberty Street, Long Branch, NJ 07740 |

Relief sought:

☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☒ The Debtor is overdue for **3** months, from **08/01/2025** to **10/01/2025**.

    ☒ The Debtor is overdue for **3** payments at **$1,396.78** per month.

    ☐ The Debtor is assessed for ___ late charges at $_____ per month.

    ☒ Applicant acknowledges Debtor's Suspense Account in the amount of **$146.44**.

    Total Arrearages Due **$4,043.90**

2. Debtor must cure all post-petition arrearages, as follows:

    ☐ Immediate payment shall be made in the amount of $_____ received. Payment shall be

2

made no later than _____.

☒ Beginning on **11/01/2025**, regular monthly mortgage payments shall continue to be made in the amount of **$1,396.78** or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☐ Beginning on **12/01/2025** additional monthly cure payments shall be made in the amount of **$1,347.97** for **2** months and in the amount of **$1,347.96** for **1** month.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: _____

☒ Regular monthly payment: NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265-0840

☒ Monthly cure payment: NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 650840
Dallas, TX 75265-0840

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys' fees of $1,350.00, and costs of $199.00.

The fees and costs are payable:

☒ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

_____
David G Beslow, Esquire
Counsel for Debtor


*Steven P. Kelly*
_____
Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

*Rev.8/1/15*

4