Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−15359−EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Yvette M Mooney
    137 Liberty Street
    Long Branch, NJ 07740

Social Security No.:
    xxx−xx−2054

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/8/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 8, 2026
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Yvette M Mooney

Debtor

Case No. 25-15359-EJO

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2026 | Form ID: 148 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvette M Mooney, 137 Liberty Street, Long Branch, NJ 07740-7308 |
| cr | + | U.S. Bank National Association, as Indenture Trust, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520659263 | + | Bremman Construction Co. Inc., 919 Route 33, Unit #23, Freehold, NJ 07728-8468 |
| 520659264 | + | Charles L Spellman, DO, PO Box 150, Long Branch, NJ 07740-0150 |
| 520659265 | + | Charles L Spellman, DO c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520659279 | + | Pride Financial, PO Box 182, Livingston, NJ 07039-0182 |
| 520659280 | + | Pride Financial c/o, Fein, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 520760159 | + | Pride Financial, LLC, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520659281 | + | Senior Care Centers, 7 Neshaminy Interplex, Suite 403, Feasterville Trevose, PA 19053-6976 |
| 520659283 | | Specialized Loan Servicing c/o, McCalla Raymer Leibert Pierce LLC, 485 Route 1 S. , Bld. F, Suite 300, Iselin, NJ 08830 |
| 520659285 | + | Surgicare of Freehold, 901 West Main St Ste 302 Cn500, Freehold, NJ 07728-2537 |
| 520659286 | + | Surgicare of Freehold c/o, Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 520659290 | | US Bank National Association c/o, McCalla Raymer Leibert Pierce LLC, 485 Route 1 S. , Bld. F, Suite 300, Iselin, NJ 08830 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 08 2026 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2026 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 08 2026 20:58:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Apr 08 2026 20:57:33 | Upstart Network Inc, c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 520676188 | + | Email/Text: ecfbnc@aldridgepite.com | Apr 08 2026 20:58:00 | Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego CA 92108-3808 |
| 520725228 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 20:57:33 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520659266 | | EDI: WFNNB.COM | Apr 09 2026 00:44:00 | Comenity Bank, P.O. Box 659728, San Antonio, TX 78265 |
| 520659267 | + | EDI: WFNNB.COM | Apr 09 2026 00:44:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520659268 | + | EDI: WFNNB.COM | Apr 09 2026 00:44:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |

| 520659270 | + Email/Text: bankruptcy@consumerportfolio.com | Apr 08 2026 20:59:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 520659269 | + Email/Text: bankruptcy@consumerportfolio.com | Apr 08 2026 20:59:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 520695697 | + EDI: AIS.COM | Apr 09 2026 00:44:00 | Directv, LLC, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520659271 | Email/Text: bankruptcycourts@equifax.com | Apr 08 2026 20:58:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 520659272 | Email/Text: bankruptcycourts@equifax.com | Apr 08 2026 20:58:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 520659273 | ^ MEBN | Apr 08 2026 20:53:22 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 520659274 | ^ MEBN | Apr 08 2026 20:52:58 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 520659275 | EDI: IRS.COM | Apr 09 2026 00:44:00 | Internal Revene Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520662343 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 20:57:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520659276 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2026 20:59:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 520751942 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2026 20:59:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520659277 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2026 20:59:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520659278 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2026 20:59:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1238 |
| 520659282 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 08 2026 20:58:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129 |
| 520659284 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 08 2026 20:58:00 | State of New Jersey Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, P.O. Box 245, Trenton, NJ 08695-0245 |
| 520659287 | ^ MEBN | Apr 08 2026 20:53:08 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 520659288 | ^ MEBN | Apr 08 2026 20:53:14 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 520751452 | Email/Text: mtgbk@shellpointmtg.com | Apr 08 2026 20:58:00 | U.S. Bank National Association, c/o NewRez LLC d/b/a, P.O. Box 10826, Greenville SC 29603-0826 |
| 520667974 | + Email/Text: RASEBN@raslg.com | Apr 08 2026 20:58:00 | U.S. Bank National Association.,, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520847112 | Email/Text: EDBKNotices@ecmc.org | Apr 08 2026 20:58:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 520659289 | + Email/Text: UpStart@ebn.phinsolutions.com | Apr 08 2026 20:59:00 | Upstart A/crb, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 520723756 | Email/PDF: bncnotices@becket-lee.com | Apr 08 2026 20:57:49 | Upstart Network, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520748895 | + EDI: AIS.COM | Apr 09 2026 00:44:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520659292 | + EDI: WFHOME | Apr 09 2026 00:44:00 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |

| 520659291 | + EDI: WFHOME | | |
| | | Apr 09 2026 00:44:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 520659294 | ^ MEBN | | |
| | | Apr 08 2026 20:53:59 | Westlake Portfolio Management, LLC, 4751 Wilshire Bvld, Los Angeles, CA 90010-3827 |
| 520659293 | ^ MEBN | | |
| | | Apr 08 2026 20:52:51 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, Po Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520783185 | * | Upstart Network, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Cory Francis Woerner | |
| | on behalf of Creditor U.S. Bank National Association.  cwoerner@raslg.com |
| David G. Beslow | |
| | on behalf of Debtor Yvette M Mooney ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Lauren Rebecca Jacoby | |
| | on behalf of Creditor Upstart Network Inc lrjacoby@hootenandjacobylaw.com |
| Matthew K. Fissel | |
| | on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Backed Securities, TMTS Series 2006-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | |
| | on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust 2006-1, Asset-Backed Securities, TMTS Series 2006-1 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | |
| | on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust |

District/off: 0312-3                          User: admin                                    Page 4 of 4
Date Rcvd: Apr 08, 2026                       Form ID: 148                                    Total Noticed: 49

2006-1, Asset-Backed Securities, TMTS Series 2006-1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9