UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

Standing Chapter 13 Trustee

PO Box 4853

Trenton, NJ   08650

(609) 587-6888

**Order Filed on April 8, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Yvette M Mooney

Case No.: 25-15359 / EJO

Chapter 13

Hearing Date: 4/8/2026  at 9:00 AM

Judge: Eamonn J. O'Hagan

                    Debtor(s)

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 8, 2026**

_Eamonn O'Hagan_

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Page 1 of 2

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be refunded to the debtor, less any applicable trustee fees and commissions, and after any remaining attorney fees and adequate protection payments, due under the plan, proposed or confirmed, or by Court order, are paid.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/2017*

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-15359-EJO

Yvette M Mooney Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 08, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Yvette M Mooney, 137 Liberty Street, Long Branch, NJ 07740-7308

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank National Association. cwoerner@raslg.com |
| David G. Beslow | on behalf of Debtor Yvette M Mooney ecf@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;cfinnerty@goldmanlaw.org;Beslow.DavidR64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Lauren Rebecca Jacoby | on behalf of Creditor Upstart Network Inc lrjacoby@hootenandjacobylaw.com |
| Matthew K. Fissel | |

District/off: 0312-3                              User: admin                                    Page 2 of 2
Date Rcvd: Apr 08, 2026                          Form ID: pdf903                                Total Noticed: 1

on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust
2006-1, Asset-Backed Securities, TMTS Series 2006-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg

on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust
2006-1, Asset-Backed Securities, TMTS Series 2006-1 bkecf@sterneisenberg.com,
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor U.S. Bank National Association  as Indenture Trustee on behalf of the holders of the Terwin Mortgage Trust
2006-1, Asset-Backed Securities, TMTS Series 2006-1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9